IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| Lenin Rodriguez | : | Civil Action |
| | : | |
| v. | : | |
| | : | |
| American Airlines, Inc. | : | No.: 21-04835 |

#### ORDER

AND NOW, this   21st     day of   December                    20 21 , it is hereby

ORDERED that the application of ___ Daniel E. Farrington _____, Esquire,

to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is


[X]     GRANTED.[1]


[ ]     DENIED.

BY THE COURT:

*/s/ Joshua D. Wolson*

JOSHUA D. WOLSON, J.

---

[1] This Court's Local Civil Rules require attorneys, including those admitted pro hac vice, to complete the registration process for the Court's ECF system. Instructions and forms are available on the Court website.