# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LENIN RODRIGUEZ, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:21-cv-04835-JDW |
| | ) |
| AMERICAN AIRLINES, INC., | ) |
| | ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL

Plaintiff Lenin Rodriguez and Defendant American Airlines, Inc. stipulate to the dismissal of this action with prejudice, with each party to bear his and its own attorney's fees and costs.

Date: August 5, 2022                             Respectfully submitted,

*/s/ Mary Lemieux-Fillery*                        */s/ Daniel E. Farrington*

Mary Lemieux-Fillery (Pa. ID 312785)              Daniel E. Farrington (*pro hac vice*)
LAW OFFICES OF ERICA A. SHORE, P.C.               Fisher & Phillips LLP
1500 John F. Kennedy Blvd.                        7501 Wisconsin Ave.
Philadelphia, PA 19910                            Suite 1220W
Email: Maryf@ericshore.com                        Bethesda, MD 20814
                                                  Tel. (301) 951-1538
*Counsel for Plaintiff*                           Fax (301) 880-5031
*Lenin Rodriguez*                                 dfarrington@fisherphillips.com

                                                  Christina M. Michael (Pa. ID 307708)
                                                  Fisher & Phillips LLP
                                                  Two Logan Square, 12th Floor
                                                  100 N. 18th St.
                                                  Philadelphia, PA 19103
                                                  Tel. (610) 230-2158
                                                  Fax (610) 230-2151
                                                  cmichael@fisherphillips.com

                                                  *Counsel for Defendant*
                                                  *American Airlines, Inc.*

FP 44817686.1

## **CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that on this 5th day of August, 2022, he caused a true and correct copy of the foregoing Stipulation of Dismissal to be filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following individuals:

>Mary Lemieux-Fillery
>LAW OFFICES OF ERICA A. SHORE, P.C.
>1500 John F. Kennedy Blvd.
>Philadelphia, PA 19910
>Email: Maryf@ericshore.com
>
>*Counsel for Plaintiff*

>*/s/ Daniel E. Farrington*
>Daniel E. Farrington

2

FP 44817686.1